**Order filed May 7, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00810-CR
_____

**TIERRA NICOLE ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No 3 & Probate Ct**
**Brazoria County, Texas**
**Trial Court Cause No. 207295**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 6, a video.**

The clerk of the County Court at Law No. 3 & Probate Ct is directed to deliver to the Clerk of this court the original of **State's Exhibit 6** on or before **May 18, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **State's Exhibit 6** to the clerk of the County Court at Law No. 3 & Probate Ct.


PER CURIAM